USDC SCAN INDEX SHEET

















BAR   10/30/00   10:33

3:00-CV-01864   TINSKY V. CB RICHARD ELLIS INC

*9*

*M.*



1  GORDON E. KRISCHER (S.B. #50935)
   MICHAEL G. MCGUINNESS (S.B. #133298)
2  MARY P. PALMER (S.B. #184618)
   O'MELVENY & MYERS LLP
3  610 Newport Center Drive, 17th Floor
   Newport Beach, California 92660-6429
4  Telephone: (949) 760-9600
   Facsimile: (949) 823-6994
5
   GREGORY A. BOSS (S.B.#132193)
6  ELLIS D. REITER, JR. (S.B.#35164)
   WALLACE L. ROSVALL (S.B.#51472)
7  355 South Grand, 12th Floor
   Los Angeles, CA 90071
8  Telephone: (213) 613-3661
   Facsimile: (213) 613-3008
9

10 Attorneys for Defendants
   CB RICHARD ELLIS, INC.
11 (formerly known as CB Commercial Real Estate Group, Inc.)

12              **UNITED STATES DISTRICT COURT**

13            **SOUTHERN DISTRICT OF CALIFORNIA**

14

15 SUSAN RIGGS TINSKY, individually        Case No.: '00 CV 1864 JM (RBB)
   and on behalf of all others similarly
16 situated,                               **NOTICE OF MOTION AND
                                           MOTION TO STAY**
17              Plaintiff,

18       v.

19 CB RICHARD ELLIS, INC., a
   California corporation; CB
20 COMMERCIAL REAL ESTATE            **DATE:** November 27, 2000
   GROUP, INC., a California corporation;  **TIME:** 10:30 a.m.
21 and DOES 1 through 10, inclusive,  **COURTROOM:** 6
                                      **JUDGE:** Honorable Jeffrey T. Miller
22              Defendants.

23

24 TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

25

26       PLEASE TAKE NOTICE that on November 27, 2000 at 10:30 a.m., or as soon

27 thereafter as counsel may be heard, in Courtroom 6 of the above-entitled Court, located

28 at 880 Front Street, San Diego, California, 92101, Defendant CB Richard Ellis, Inc. will

NB1:496170.1

Notice of Motion and Motion to Stay

move and hereby moves this Court for an order staying this action pending the outcome of *Harris v. CB Richard Ellis, Inc., et al.*, Case No. GIC 745044, currently pending in Superior Court of California, County of San Diego.

This motion is made pursuant to the doctrine articulated by the United States Supreme Court in *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976), which allows federal courts to stay a parallel state court action in the interest of "wise judicial administration giving regard to conservation of judicial resources and comprehensive disposition of litigation." *Id.* at 817. Here, the allegations, legal and factual issues, and remedies sought are almost identical to those in the *Harris* litigation and under the factors identified in *Colorado River* and its progeny, a stay of this lawsuit is appropriate.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities and the Declaration of Mary P. Palmer, all filed concurrently herewith, as well as the pleadings on file in this action and such further evidence and argument as may be permitted at the hearing of this matter.

Dated:  October 27, 2000

GREGORY A. BOSS
ELLIS D. REITER, JR.
WALLACE L. ROSVALL

O'MELVENY & MYERS LLP
GORDON E. KRISCHER
MICHAEL G. MCGUINNESS
MARY P. PALMER


By _____
        Mary P. Palmer
Attorneys for Defendant
CB RICHARD ELLIS, INC., formerly
known as CB COMMERCIAL REAL
ESTATE GROUP, INC.

NB1 496170.1

2

Notice of Motion and Motion to Stay

## **PROOF OF SERVICE**

I, Marisela Arvayo, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 610 Newport Center Drive, 17th Floor, Newport Beach, CA 92660. On October 27, 2000, I served the within documents:

## **NOTICE OF MOTION AND MOTION TO STAY**

☐ by transmitting via facsimile machine the document(s) listed above to the fax number(s) set forth below on this date at approximately 3:28 PM. The outgoing facsimile machine telephone number in this office is 949-823-6994. The facsimile machines used in this office create a transmission report for each outgoing facsimile transmitted. A copy of the transmission report(s) for the service of this document, properly issued by the facsimile machine(s) that transmitted this document and showing that such transmission was (transmissions were) completed without error, is attached hereto.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Newport Beach, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by putting a true and correct copy thereof, together with an unsigned copy of this declaration, in a sealed envelope designated by the carrier, with delivery fees paid or provided for, for delivery the next business day to the person(s) listed above, and placing the envelope for collection today by the overnight courier in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of overnight courier correspondence. In the ordinary course of business, such correspondence collected from me would be processed on the same day, with fees thereon fully prepaid, and deposited that day in a box or other facility regularly maintained by _____, which is an express carrier.

NB1-496170.1

☐   by putting a true and correct copy thereof, together with an unsigned copy of this declaration, in a sealed envelope, with Express Mail postage fully prepaid to the person(s) listed above, and placing the envelope for collection and mailing today with the United States Postal Service as an Express Mail item in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of Express Mail correspondence for mailing with the United States Postal Service. In the ordinary course of business, Express Mail correspondence collected from me would be processed on the same day, with Express Mail postage thereon fully prepaid, and placed for deposit that day with the United States Postal Service by depositing it that same day in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail.

| | |
|---|---|
| David J. Strauss, Esq. | Kevin J. McInerney, Esq. |
| Denise N. Asher, Esq. | Kelly J. McInerney, Esq. |
| Strauss & Asher | 18124 Wedge Parkway |
| 750 "B" Street, Suite 1950 | Reno, NV  89511 |
| San Diego, CA  92101 | |

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on October 27, 2000, at Newport Beach, California.

Marisela Arvayo